OILFIELD EQUIPMENT
MARKETING, INC.,
Plaintiff–Appellant,

v.

NEW TECH SYSTEMS, INC.,
Defendant–Appellee.

No. 2006–1551.

United States Court of Appeals,
Federal Circuit.

July 11, 2007.

Wayne J. Colton, Wayne J. Colton, Inc., of San Antonio, TX, argued for the plaintiff-appellant.

Kenneth R. Matticks, Matticks & Estham, LLP, argued for defendant-appellee. With him on the brief was Melissa D. Eastham.

Before RADER, BRYSON and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

***AFFIRMED.*** *See* Fed. Cir. R. 36.